UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

Kiera Moore Cohane,

                                                    Case No. 22-41218

                           Debtor.                    Chapter 7
-------------------------------------------------------------x

## **DECLARATION OF DEBTOR REGARDING PAYMENT ADVICES**

Kiera Moore Cohane, the above-captioned debtor, hereby declares as follows:

1.      Bankruptcy Code Section 521 requires consumer debtors to file payment advices reflecting the income received by an employer in the 60 days preceding the filing of a bankruptcy petition. Attached are the paystubs for that period.

2.      I swear under penalty of perjury that the foregoing is true and accurate.


Dated:  May 31, 2022
           New York, New York

                                                                 ___*/s/*Kiera Moore Cohane
                                                                  Kiera Moore Cohane

DAN KLORES COMMUNICATIONS LLC
261 5Th Ave Fl 2
New York NY  10016

1406-6694
ORG1:12 Administration
EE ID: 1595    DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

KIERA COHANE
516 HERKIMER STREET
APT 8B
BROOKLYN NY  11213

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Kiera Cohane
516 Herkimer Street
Apt 8B
Brooklyn, NY  11213
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1595
**Home Department:** 12 Administration
**Home Job:**

**Pay Period:** 05/16/22 **to** 05/31/22
**Check Date:** 05/31/22    **Check #:** 124991

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 592 | 1757.36 | 16265.18 |
| Savg 249 | 150.00 | 2736.00 |
| **NET PAY** | **1907.36** | **19001.18** |

### EARNINGS

| BASIS OF PAY / JOB ID | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 2708.34 | | 27083.40 |
| | **Total Hours** | 0.00 | | | 0.00 | |
| | **Gross Earnings** | | | 2708.34 | | 27083.40 |
| | **Total Hrs Worked** | 0.00 | | | | |
| | Non Tax Expense RI | | | 17.50 | | 105.00 |
| | **REIMB & OTHER PAYMENTS** | | | 17.50 | | 105.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 160.00 | 1599.83 |
| Medicare | | 37.42 | 374.15 |
| Fed Income Tax | SMS | 266.44 | 2663.52 |
| NY Income Tax | S 0 | 124.06 | 1240.36 |
| NY PFL | | 13.84 | 138.40 |
| NY Disability | | 1.30 | 13.00 |
| NY NYC Inc | S 0 | 87.85 | 878.34 |
| **TOTAL** | | 690.91 | 6907.60 |
| Medical | | 125.00 | 1250.00 |
| Vision Plan | | 2.57 | 29.62 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1907.36** | **19001.18** |

*Payrolls by Paychex, Inc.*

*Payrolls by Paychex, Inc.*

DAN KLORES COMMUNICATIONS LLC
261 5Th Ave Fl 2
New York NY 10016

1406-6694
ORG1:12 Administration
EE ID: 1595        DD

*Payrolls by Paychex, Inc.*

KIERA COHANE
516 HERKIMER STREET
APT 8B
BROOKLYN NY 11213

NON-NEGOTIABLE

NON-NEGOTIABLE

---

| PERSONAL AND CHECK INFORMATION | |
|---|---|
| Kiera Cohane | |
| 516 Herkimer Street | |
| Apt 8B | |
| Brooklyn, NY 11213 | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 1595 | |
| **Home Department:** 12 Administration | |
| **Home Job:** | |
| **Pay Period:** 05/01/22 **to** 05/15/22 | |
| **Check Date:** 05/16/22  **Check #:** 124769 | |

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 592 | 1757.35 | 14507.82 |
| Savg 249 | 150.00 | 2586.00 |
| **NET PAY** | **1907.35** | **17093.82** |

### EARNINGS

| BASIS OF PAY / JOB ID | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 2708.34 | | 24375.06 |
| | **Total Hours** | 0.00 | | | 0.00 | |
| | **Gross Earnings** | | | 2708.34 | | 24375.06 |
| | **Total Hrs Worked** | 0.00 | | | | |
| | Non Tax Expense RI | | | 17.50 | | 87.50 |
| | **REIMB & OTHER PAYMENTS** | | | 17.50 | | 87.50 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 160.01 | 1439.83 |
| Medicare | | 37.42 | 336.73 |
| Fed Income Tax | SMS | 266.44 | 2397.08 |
| NY Income Tax | S 0 | 124.06 | 1116.30 |
| NY PFL | | 13.84 | 124.56 |
| NY Disability | | 1.30 | 11.70 |
| NY NYC Inc | S 0 | 87.85 | 790.49 |
| **TOTAL** | | 690.92 | 6216.69 |
| Medical | | 125.00 | 1125.00 |
| Vision Plan | | 2.57 | 27.05 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1907.35** | **17093.82** |

*Payrolls by Paychex, Inc.*

0940 1406-6694 Dan Klores Communications Llc • 261 5Th Ave Fl 2 • New York NY 10016 • (212) 685-4300

DAN KLORES COMMUNICATIONS LLC
261 5Th Ave Fl 2
New York NY 10016

1406-6694
ORG1:12 Administration
EE ID: 1595    DD

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

KIERA COHANE
516 HERKIMER STREET
APT 8B
BROOKLYN NY 11213

NON-NEGOTIABLE

---

**PERSONAL AND CHECK INFORMATION**
Kiera Cohane
516 Herkimer Street
Apt 8B
Brooklyn, NY 11213
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1595
**Home Department:** 12 Administration
**Home Job:**

**Pay Period:** 04/16/22 **to** 04/30/22
**Check Date:** 05/02/22    **Check #:** 124533

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 592 | 689.35 | 12750.47 |
| Savg 249 | 1218.00 | 2436.00 |
| **NET PAY** | **1907.35** | **15186.47** |

**EARNINGS** — *BASIS OF PAY* — DESCRIPTION — HRS/UNITS — RATE — THIS PERIOD ($) — YTD HOURS — YTD ($)
JOB ID

| DESCRIPTION | HRS/UNITS | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|
| Salary | | 2708.34 | | 21666.72 |
| **Total Hours** | 0.00 | | 0.00 | |
| **Gross Earnings** | | 2708.34 | | 21666.72 |
| **Total Hrs Worked** | 0.00 | | | |
| Non Tax Expense RI | | 17.50 | | 70.00 |
| **REIMB & OTHER PAYMENTS** | | 17.50 | | 70.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 160.01 | 1279.82 |
| Medicare | | 37.42 | 299.31 |
| Fed Income Tax | SMS | 266.44 | 2130.64 |
| NY Income Tax | S 0 | 124.06 | 992.24 |
| NY PFL | | 13.84 | 110.72 |
| NY Disability | | 1.30 | 10.40 |
| NY NYC Inc | S 0 | 87.85 | 702.64 |
| **TOTAL** | | 690.92 | 5525.77 |
| Medical | | 125.00 | 1000.00 |
| Vision Plan | | 2.57 | 24.48 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1907.35** | **15186.47** |

*Payrolls by Paychex, Inc.*

0940 1406-6694 Dan Klores Communications Llc • 261 5Th Ave Fl 2 • New York NY 10016 • (212) 685-4300

DAN KLORES COMMUNICATIONS LLC  
261 5Th Ave Fl 2  
New York NY 10016

1406-6694  
ORG1:12 Administration  
EE ID: 1595    DD

*Payrolls by Paychex, Inc.*

KIERA COHANE  
516 HERKIMER STREET  
APT 8B  
BROOKLYN NY 11213

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Kiera Cohane  
516 Herkimer Street  
Apt 8B  
Brooklyn, NY 11213  
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1595  
**Home Department:** 12 Administration  
**Home Job:**

**Pay Period:** 04/01/22 **to** 04/15/22  
**Check Date:** 04/15/22    **Check #:** 124312

#### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 592 | 689.35 | 12061.12 |
| Savg 249 | 1218.00 | 1218.00 |
| **NET PAY** | **1907.35** | **13279.12** |

#### EARNINGS

| JOB ID | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 2708.34 | | 18958.38 |
| | | **Total Hours** | 0.00 | | | 0.00 | |
| | | **Gross Earnings** | | | 2708.34 | | 18958.38 |
| | | **Total Hrs Worked** | 0.00 | | | | |
| | | Non Tax Expense RI | | | 17.50 | | 52.50 |
| | | **REIMB & OTHER PAYMENTS** | | | 17.50 | | 52.50 |

#### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 160.01 | 1119.81 |
| Medicare | | 37.42 | 261.89 |
| Fed Income Tax | SMS | 266.44 | 1864.20 |
| NY Income Tax | S 0 | 124.06 | 868.18 |
| NY PFL | | 13.84 | 96.88 |
| NY Disability | | 1.30 | 9.10 |
| NY NYC Inc | S 0 | 87.85 | 614.79 |
| **TOTAL** | | **690.92** | **4834.85** |
| Medical | | 125.00 | 875.00 |
| Vision Plan | | 2.57 | 21.91 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1907.35** | **13279.12** |

*Payrolls by Paychex, Inc.*

0940 1406-6694 Dan Klores Communications Llc • 261 5Th Ave Fl 2 • New York NY 10016 • (212) 685-4300

DAN KLORES COMMUNICATIONS LLC
261 5Th Ave Fl 2
New York NY  10016

1406-6694
ORG1:12 Administration
EE ID: 1595    DD

*Payrolls by Paychex, Inc.*

KIERA COHANE
516 HERKIMER STREET
APT 8B
BROOKLYN NY  11213

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Kiera Cohane
516 Herkimer Street
Apt 8B
Brooklyn, NY  11213
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1595
**Home Department:** 12 Administration
**Home Job:**

**Pay Period:** 03/16/22 **to** 03/31/22
**Check Date:** 03/31/22    **Check #:** 124073

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 592 | 1907.36 | 11371.77 |
| **NET PAY** | **1907.36** | **11371.77** |

### EARNINGS

| | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| JOB ID | | | | | | | |
| | | Salary | | | 2708.34 | | 16250.04 |
| | | **Total Hours** | 0.00 | | | 0.00 | |
| | | **Gross Earnings** | | | 2708.34 | | 16250.04 |
| | | **Total Hrs Worked** | 0.00 | | | | |
| | | Non Tax Expense RI | | | 17.50 | | 35.00 |
| | | **REIMB & OTHER PAYMENTS** | | | 17.50 | | 35.00 |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 160.00 | 959.80 |
| Medicare | | 37.42 | 224.47 |
| Fed Income Tax | SMS | 266.44 | 1597.76 |
| NY Income Tax | S 0 | 124.06 | 744.12 |
| NY PFL | | 13.84 | 83.04 |
| NY Disability | | 1.30 | 7.80 |
| NY NYC Inc | S 0 | 87.85 | 526.94 |
| **TOTAL** | | 690.91 | 4143.93 |
| Medical | | 125.00 | 750.00 |
| Vision Plan | | 2.57 | 19.34 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1907.36** | **11371.77** |

*Payrolls by Paychex, Inc.*

0940  1406-6694  Dan Klores Communications Llc • 261 5Th Ave Fl 2 • New York NY  10016 • (212) 685-4300